

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**RHONDA DIANE COX, #N4883**             **PLAINTIFF**

**VERSUS**             **CIVIL ACTION NO. 1:05cv108-JMR-JMR**

**DAVID DECELLE, et al.**             **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court *sua sponte*. Pursuant to the memorandum opinion issued this day, IT IS, hereby, ORDERED AND ADJUDGED, this matter be, and is hereby, dismissed without prejudice.

This the 19th day of June, 2006.

_____
CHIEF UNITED STATES MAGISTRATE JUDGE